

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joe Johnson,                                      * From the 106th District Court
                                                     of Dawson County
                                                     Trial Court No. 18-7866.

Vs. No. 11-18-00104-CR                    * April 9, 2020

The State of Texas,                          * Memorandum Opinion by Wright, S.C.J.
                                                     (Panel consists of: Bailey, C.J.,
                                                     Stretcher, J., and Wright, S.C.J., sitting
                                                     by assignment)
                                                     (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.